ANNIE NEWHOFF, appellant,

*v.*

BENJAMIN J. MAYO, respondent.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *Mayo* v. *Newhoff, 2 Dick. Ch. Rep. 31.*

*Mr. Elias F. Morrow,* for the appellant.

*Mr. Frederic W. Stevens,* for the respondent.

PER CURIAM.

Decree affirmed, for reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, DIXON, KNAPP, MAGIE, REED, SCUDDER, VAN SYCKEL, BROWN, SMITH, WHITAKER—11.

*For reversal*—None.